UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PETER A. LINDAHL,

          Petitioner,

  v.

STATE OF WASHINGTON,

          Respondent.

No. C10-5274 BHS/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

    Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is **GRANTED**.

Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    DATED 4th day of May, 2010.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1