UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER A. LINDAHL,<br><br>                          Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>                         Respondent. | No. C10-5274 BHS/KLS<br><br>ORDER DIRECTING SUBSTITUTION OF PARTY |

The Clerk of Court is directed to substitute Patrick R. Glebe for the State of Washington as the Respondent in this action.

The Clerk shall send copies of this Order to Petitioner.

DATED this  21st  day of June, 2010.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

ORDER - 1