|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

PETER A. LINDAHL,

                Petitioner,

  v.

PATRICK R. GLEBE,

                Respondent.

NO. C10-5274 BHS/KLS

ORDER GRANTING EXTENSION OF TIME TO FILE REPLY

      Before the court is Petitioner's Motion for Extension of Time. Dkt. 13. Petitioner seeks a three month extension of time, until November 1, 2010, to file his reply to Respondent's response to his petition for writ of habeas corpus. Dkt. 11. Respondent maintains that the petition must be dismissed because it is untimely under the federal statute of limitations, 28 U.S.C. § 2244(d). *Id.*

      Petitioner does not explain why he requires three additional months to file his reply. Dkt. 11. Thus, the court will allow a short extension, but finds no good grounds for a lengthy three month extension as requested by Petitioner. Accordingly, it is **ORDERED:**

      1.    Petitioner's motion for an extension of time to file his reply to Respondent's is **GRANTED** to the extent that Petitioner shall file his reply **on or before October 15, 2010.**

      2.    The Clerk shall **renote** Petitioner's habeas petition for **October 15, 2010.**

1        3.    The Clerk shall send copies of this Order to Petitioner and counsel for
2    Respondent.

4        **DATED** this  9th  day of September, 2010.

                                            Karen L. Strombom
                                            United States Magistrate Judge