# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER A. LINDAHL,<br><br>      Petitioner,<br><br>v.<br><br>PATRICK R. GLEBE,<br><br>      Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-5274BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's objections are **OVERRULED**;

The R & R is **ADOPTED**; and

This action is **DISMISSED with prejudice.**


Dated this 18 day of February, 2011.

                William M. McCool
                Clerk

                s/Caroline Gonzalez
                Deputy Clerk